UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL LUIS CRUZADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　Defendants. | CASE NO.  2:22-cv-1474<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT |

This matter is before the Court on Plaintiff's Motion to Amend Complaint. Dkt. No. 14. No party has opposed the Motion. *See* LCR 7(b)(2) ("[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."). Having reviewed the Complaint, Plaintiff's Unopposed Motion to Amend Complaint with its accompanying documents, this Court finds good cause exists to grant the motion. It is hereby ORDERED:

1. That Plaintiff's motion is granted;
2. That Plaintiff file a clean version of the proposed amended Complaint within 14 days of this Order;

ORDER GRANTING MOTION TO AMEND COMPLAINT - 1

3. That City of Seattle will have 21 days after the service of summons to respond to the Amended Complaint.

Dated this 23rd day of May, 2023.

_____
Jamal N. Whitehead
United States District Judge